

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CINDEE MACK,** | § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. NO. 3:01-CV-2125-R |
| **CENTER OPERATING COMPANY, L.P.,** | § § § § | |
| Defendant. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 10 2004

CLERK, U.S. DISTRICT COURT
By _____
Deputy

### ORDER GRANTING DEFENDANT'S MOTION TO DESTROY OR PERMANENTLY SEAL THE PLEADINGS CURRENTLY MAINTAINED UNDER SEAL

On this day, the Court considered Defendant Center Operating Company, L.P.'s Emergency Motion to Destroy or Permanently Seal those Pleadings Currently Maintained Under Seal in the Court records. Having reviewed the Motion, this Court finds the Motion is well founded and it is hereby GRANTED. It is therefore ORDERED that the following docket entries should be ~~destroyed/~~permanently sealed: Docket Nos. 24, 25, 47, 48, 63, 67, 68, 77, 78, 79 and 80.

DATED this 10 day of March, 2004.

_____
Honorable Jerry Buchmeyer
United States District Judge